```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                    :
                                             :
                        Plaintiff,           :
                                             :      15-CR-621 (ALC)
            -against-                        :
                                             :      ORDER
AKEEM MATHIS,                                :
                                             :
                        Defendant.           :
                                             :
------------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/13/20

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Akeem Mathis' application for compassionate release.

The Government shall file its response by August 18, 2020 and, Mr. Mathis shall file his reply by September 1, 2020.

**SO ORDERED.**

**Dated:    New York, New York**
**         August 13, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**